**Betty A. ARNOLD, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2007–3220.

United States Court of Appeals, Federal Circuit.

Jan. 23, 2009.

Rand C. Eddy, Sherri Ann Carver, Eddy Law Firm, P.C., Oklahoma, OK, for Petitioner.

Allison Kidd–Miller, Department of Justice, Washington, DC, James M. Webster, Federal Aviation Administration, Oklahoma City, OK, for Respondent.

## ON MOTION

### ORDER

Upon consideration of Betty A. Arnold's motion to voluntarily dismiss this petition for review, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.